UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

LA GALERA PRODUCE, LLC.,

    Plaintiff,

vs.                                        Case No. 08-cv-406-bbc

GUANAJUATO ENTERPRISES #2, INC.,
a Wisconsin Corporation, and
HERIBERTO SILVA, individually,

    Defendants.

---

### ENTRY OF DEFAULT

---

Plaintiff requests that the Clerk of Court enter default against defendants Guanajuato Enterprises #2, Inc., and Heriberto Silva pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Guanajuato Enterprises #2, Inc., and Heriberto Silva is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated: August 25, 2008

                                                s/ Joel W. Turner
                                                Acting Clerk of Court